IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TOBY and CHRISTINA BROHLIN and CADILLAC CREEK OUTFITTERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MERIDIAN SECURITY INSURANCE COMPANY, <br><br> Defendant. | 2:22-CV-158-Z |

## NOTICE

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") (ECF No. 48), filed March 15, 2024. They notify the Court that "Plaintiffs move to dismiss the entire suit with prejudice" and "Defendant agrees to the dismissal." *Id.* at 1. As such, "the Parties will bear their own costs of suit." *Id.*

A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court finds that these claims were dismissed "upon the filing of the [S]tipulation" on March 15, 2024. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023). And because the Joint Stipulation concerns all remaining claims in this case, the Court **DIRECTS** the Clerk to **CLOSE** the above-styled case.

The Court issues notice accordingly.

March 25, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE